_____

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: September 30, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| LADYE M. TOWNSEND, | CASE NO. 1100167EE |
|    DEBTOR | |

### FINAL JUDGMENT ON *CREDITOR'S* (*VOGEL NEWSOME*) MOTION FOR RELIEF FROM ORDER/JUDGEMENT (sic); MOTION FOR RULE 11 SANCTIONS OF AND AGAINST ROBERT REX McRANEY JR./McRANEY & McRANEY; AND REQUEST TO BE ADVISED OF CONFLICT-OF-INTERESTS (DKT. #34)

Consistent with the Court's opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that "CREDITOR'S (VOGEL NEWSOME) MOTION FOR RELIEF FROM ORDER/JUDGEMENT (sic); MOTION FOR RULE 11 SANCTIONS OF AND AGAINST ROBERT REX McRANEY JR./McRANEY & McRANEY; AND REQUEST TO BE ADVISED OF CONFLICT-OF-INTERESTS" (DKT. #34) (footnote omitted) is not well taken and is hereby dismissed with prejudice.

### ##END OF ORDER##